JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BEDWELL, an individual, | Case No.: 5:21-cv-01357-JGB-KKx |
| Plaintiff, | *Hon. Jesus G. Bernal* |
| v. | |
| DAVID JOHN LAWRENCE STEEVES, Trustee of the David John Lawrence Steeves Revocable Trust dated July 15, 2019; SAMUEL CHU, Trustee of the Chu Family Trust; and DOES 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| | Action Filed: August 12, 2021 |
| | Trial Date:    Not on Calendar |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shawn Bedwell's action against Defendants David John Lawrence Steeves, Trustee of the David John Lawrence Steeves Revocable Trust dated July 15, 2019; and Samuel Chu, Trustee of the Chu Family Trust is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: November 3, 2021

Hon. Jesus G. Bernal
United States District Judge